# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY CHRISTENSEN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MCKESSON CORPORATION; BAYER CORPORATION; BAYER HEALTHCARE LLC; BAYER PHARMACEUTICALS CORPORATION; BAYER HEALTHCARE PHARMACEUTICALS INC., BERLEX LABORATORIES, INC., BERLEX, INC.; BAYER SCHERING PHARMA AG; BAYER AG; BARR LABORATORIES, INC.; TEVA PHARMACEUTICALS USA, INC. and DOES 1-10, inclusive,<br><br>Defendants. | Case No. CV 10-3357 JSW<br><br>Assigned to: Hon. Jeffrey S. White<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS** |

---

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-3357 JSW

**SQUIRE, SANDERS & DEMPSEY L.L.P.**
One Maritime Plaza, Suite 300
San Francisco, California 94111

The Court, having fully considered the papers jointly submitted by the parties in connection with the Joint Motion for Administrative Relief To Stay Action Pending Transfer to Multidistrict Proceedings, and good cause appearing, HEREBY ORDERS that the above-captioned case is STAYED pending transfer to MDL No. 2100.

IT IS SO ORDERED.

Dated: August 23, 2010

_____
HON. JEFFREY S. WHITE
United States District Judge

SQUIRE, SANDERS &
DEMPSEY L.L.P.
One Maritime Plaza, Suite 300
San Francisco, California 94111

- 2 -

[PROPOSED] ORDER GRANTING JOINT MOTION FOR ADMINISTRATIVE RELIEF TO STAY ACTION
PENDING TRANSFER TO MULTIDISTRICT PROCEEDINGS -- CASE NO. CV 10-3357 JSW